# Exhibit C

U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

March 4, 2024

**SENT VIA E-MAIL TO:  foia@sirillp.com**

Aaron Siri
Siri|Glimstad
745 Fifth Ave, Suite 500
New York, New York 10151

Re:  2024-HQFO-00941

Dear Requester:

This letter acknowledges receipt of your 3/1/2024, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), for the period on or after August 9, 2023,
  (1) All risk assessment reports by the Secret Service regarding Robert F. Kennedy, Jr.;
  (2) All communications (including emails, memos, electronic chat, text messages, etc.) sent or received regarding any request for protection made pursuant to 18 U.S.C. 3056(a)(7) (including sent or received by Alejandro Mayorkas, Kimberly O'Connor, and/or Kristie Canegallo);
  (3) All records (including risk assessment reports) provided to the committee identified in 18 U.S.C. 3056(a)(7) regarding any request for protection pursuant to 18 U.S.C. 3056(a)(7);
  (4) All requests for protection made pursuant to 18 U.S.C. 3056(a)(7); and
  (5) All reports or recommendations (including from any advisory committee) consulted, reviewed, or relied upon by the Secretary of Homeland Security to approve or deny any request for protection made pursuant to 18 U.S.C. 3056(a)(7).

This office received your request on 3/1/2024.

Your request for expedited treatment is hereby granted.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations as they apply to non-commercial requesters. As a non-commercial requester, you will be charged 10 cents per page for duplication; the first 100 pages are free, as are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher. You stated in your request that you are willing to pay assessable fees up to $10,000. This office will contact you before accruing any additional fees.

Due to the subject matter of your request, I am transferring item 1 of this request to the FOIA Officer for United States Secret Service (USSS), for processing under the FOIA and direct response to you.  Please see below for their contact information.

United States Secret Service (USSS)
Freedom of Information Act and Privacy Act Branch
245 Murray Lane, SW Building T-5
Washington, D.C. 20223
Phone: 202-406-6370 | Fax: 202-406-5586 | E-mail: FOIA@usss.dhs.gov

We have queried the appropriate component(s) of DHS for responsive records related to the rest of your request. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number 2024-HQFO-00941. Please refer to this identifier in any future correspondence.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

Jimmy Wolfrey
Senior Director, FOIA Operations and Management