# Exhibit E

**Britney Long**

| | |
|---|---|
| **From:** | FOIA Status <FOIAStatus@state.gov> |
| **Sent:** | Friday, April 19, 2024 2:31 PM |
| **To:** | S&G Information Request Staff |
| **Subject:** | RE: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ms. Beube,

This is in reference to your email below regarding your FOIA request control number F-2023-09377.

The estimated date of completion (EDC) of October 20, 2025, is the EDC determined for this FOIA request. Again, EDCs are estimates and are subject to change. If your request can be completed prior to the EDC, a response will be sent to you sooner.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

SENSITIVE BUT UNCLASSIFIED

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Friday, April 19, 2024 2:01 PM
**To:** FOIA Status <FOIAStatus@state.gov>; S&G Information Request Staff <foia@sirillp.com>
**Subject:** RE: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

Dear Sir/Madam,

Thank you for your quick reply. Did you mean 2024?

Annalise Beube, Law Clerk

# Siri | Glimstad

20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-949-4057
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

SENSITIVE BUT UNCLASSIFIED

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Friday, April 19, 2024 1:55 PM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Subject:** RE: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

Ms. Beube,

This is in reference to your email below regarding your FOIA request control number F-2023-09377.

The Department has a backlog of FOIA requests, and there will be a delay in processing FOIA requests.  As the Department continues to work through its backlog of FOIA requests, it is mindful of its accountability to the public and is processing this request as quickly as possible.

The Office of Information Programs and Services' electronic records system indicates that your request is being processed.  At this time, the estimated date of completion (EDC) is October 20, 2025.  EDCs are estimates and are subject to change.  If your request can be completed prior to the EDC, a response will be sent to you sooner.

If you have any concerns or questions regarding a FOIA-related matter, please send an email to the FOIA Requester Service Center at foiastatus@state.gov.

We truly appreciate your continued patience and apologize for the delayed response.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

SENSITIVE BUT UNCLASSIFIED

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Thursday, April 11, 2024 10:20 AM
**To:** FOIA Status <FOIAStatus@state.gov>
**Cc:** Marc Dudley <mdudley@sirillp.com>
**Subject:** FW: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

Dear Sir/Madam,

Please see our correspondence below requesting an estimated date of completion.

Thank you,

Annalise Beube, Law Clerk

# Siri | Glimstad

20200 West Dixie Highway, Suite 902

Aventura, FL 33180

Main: 786-949-4057

Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Zorrilla, Antonio A <ZorrillaAA@state.gov>
**Sent:** Thursday, April 11, 2024 10:04 AM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Cc:** Marc Dudley <mdudley@sirillp.com>
**Subject:** RE: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

To Whom It May Concern:

I am no longer assigned to this case. Please to reach out to FOIAStatus@state.gov for any future status updates on this request. Thank you!

Cordially,

/s/ Antonio A. Zorrilla, J.D.
FOIA Analyst - A/GIS IPS
Contractor- PacArctic, LLC
2009 Dyess Avenue, Bldg. F
Charleston, SC 29405-2604



**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Wednesday, April 10, 2024 11:03 PM
**To:** Zorrilla, Antonio A <ZorrillaAA@state.gov>
**Cc:** Marc Dudley <mdudley@sirillp.com>
**Subject:** RE: U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

To Whom It May Concern:

My client requests that the agency provide an update concerning this FOIA Request forthwith. 5 U.S.C. § 552 (a)(7)(B)(ii) states that each agency shall provide the person making a request for records an estimated date on which the agency will complete its action on the request.

The estimated date of completion previously cited by the agency has passed. Please provide a new one as soon as possible.

Sincerely,

Britney Long, Paralegal

## Siri | Glimstad

1005 Congress Avenue
Suite 925-C36
Austin, TX 78701
Direct: 737-400-6190
Main: 512-265-5622
Facsimile: 646-417-5967

www.sirillp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** Zorrilla, Antonio A <ZorrillaAA@state.gov>
**Sent:** Wednesday, November 22, 2023 1:38 PM
**To:** S&G Information Request Staff <foia@sirillp.com>
**Subject:** U.S. Department of State FOIA Request: F-2023-09377 (IR#1047A)

Dear Mr. Siri,

Regarding your Freedom of Information Act (FOIA) request stating your interest in "All emails, including attachments, sent, or received by Deborah Birx from October 1, 2019, through January 31, 2021, that include any of the following individuals and/or those individuals' email addresses in the to, from, cc, and/or bcc lines: Anthony Fauci, Peter Marks, Moncef Slaoui, Rochelle Walensky, Francis Collins, David Kessler, and/or General Gustave Perna, regarding the origin of SARS-CoV-2, Covid testing, Covid vaccines, and lockdowns."

We have re-opened your request as was requested by you. Thank you!


Cordially,

s Antonio A. Zorrilla, J.D.
FOIA Analyst - A GIS IPS
Contractor- PacArtic, LLC.
2009 Dyess Avenue, Bldg. F
Charleston, SC 29405-2604

