UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY, JR., | |
| *Plaintiff,* | |
| v. | Civil Action No. 24-1777 (DLF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| *Defendants*. | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated July 22, 2024, Plaintiff Robert F. Kennedy, Jr. and Defendants United States Department of Homeland Security ("DHS") and the United States Secret Service ("USSS" or "Secret Service"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on June 18, 2024 and involves two Freedom of Information Act ("FOIA") requests dated March 1, 2024, seeking information related to requests for Secret Service protection, one submitted to DHS and one submitted to USSS.

2. By letter dated June 24, 2024, USSS provided its response to Plaintiff with respect to the USSS request. That response, which constituted USSS's final response to the request, consisted of 775 hard copy pages of documents produced in full or in part. Counsel for Plaintiff is reviewing that production and expects to provide a list of the pages of the production containing redactions about which Plaintiff has questions for USSS as well as the specific redactions at issue. Because the records were produced in hard copy and without Bates numbering, it has slowed the process of identifying challenged redactions. Counsel for Plaintiff expects to be in a position to

provide that list within the next few weeks, following which the parties anticipate conferring in an attempt to narrow outstanding issues.

3.      DHS states that it has completed its search and has identified 107 potentially responsive pages. DHS anticipates that there will be a need for consultation with other DHS components and/or agencies as to certain of these pages. DHS will endeavor to complete its processing of the DHS request and to make a production of responsive, non-exempt records by October 1, 2024, with the exception of any pages sent for consultation (the processing of which may not be complete by that time).

4.      Based on the above, the parties propose that they file a further joint status report by October 22, 2024.

Respectfully submitted,

By: ____/s/ Elizabeth Ann Brehm_____
Elizabeth Ann Brehm
SIRI & GLIMSTAD LLP
745 Fifth Avenue
Suite 500
New York, NY 10151
888-747-4529
Email: ebrehm@sirillp.com

*Counsel for Plaintiff*

        AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: __/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.

Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendants*